UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24166-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,
v.

MARIE GUILBOT,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 41, 2/18/20). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

On February 19, 2020, the undersigned issued an Order (DE # 43, 2/19/20) requiring the defendant to respond to the Plaintiff's Motion to Compel on or before March 3, 2020. The Order warned the defendant that the failure to file a response may result in an Order granting the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 41, 2/18/20) in its entirety. As of the date of this Order, the defendant has not filed a response to the Plaintiff's Motion to Compel. Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Defendant's Response to Interrogatories (DE # 41, 2/18/20) is GRANTED. The defendant shall

respond to the plaintiff's interrogatories on or before March 26, 2020. It is further

ORDERED AND ADJUDGED that the plaintiff shall serve this Order on the defendant and file a notice with the Court once it has done so.

DONE and ORDERED, in chambers, in Miami, Florida, this 12th day of March, 2020.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE